958 A.2d 495

**Gary KELLY,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (U.S. AIRWAYS GROUP, INC.).**

Petition of U.S. Airways Group, Inc.

Supreme Court of Pennsylvania.

Oct. 3, 2008.

540

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of October, 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, reframed for purposes of clarity, is:

Is claimant's employer entitled to the severance benefit offset, pursuant to Section 204(a) of the Pennsylvania Workers' Compensation Act, when the benefits were paid due to a layoff or furlough and not a permanent separation?